IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:                                           ) | |
|    Terrence P Hobbs                ) | In proceedings under |
|                                    ) | Chapter 13 |
|    Brenda L Hobbs                  ) | |
|      Debtor(s).          ) | |
|                                    ) | Bk. No.: 15-30437 |
| RUSSELL C. SIMON,                                ) | |
|                                    ) | |
|    Chapter 13 Trustee/Objector,    ) | |
|      v.                  ) | |
| CAVALRY SPV I LLC                                 ) | |
|    (Claim # 15),                   ) | |
|      Creditor/Respondent. ) | |

<u>TRUSTEE'S OBJECTION TO DUPLICATE CLAIM AND NOTICE FIXING TIME TO RESPOND</u>

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and objects to the claim of the above named creditor filed July 07, 2015 (Claim #15), in the amount of $3,242.70 in that said claim is a duplicate of the claim filed July 07, 2015, by CAVALRY SPV I LLC (Claim #14), in the amount of $3,242.70.

WHEREFORE, the undersigned Trustee prays that Claim #15 is disallowed, and for all other relief this Court deems just and equitable.

**THE DEBTOR(S) AND THE ABOVE REFERENCED CREDITOR ARE HEREBY NOTIFIED THAT AN APPROPRIATE RESPONSE, IF ANY, MUST BE FILED NO LATER THAN 21 DAYS FROM THE DATE OF THIS NOTICE.  ABSENT A TIMELY RESPONSE, AN ORDER APPROVING THE OBJECTION WILL BE ENTERED BY THE COURT WITHOUT FURTHER HEARING.**

<u>**/s/ Russell C. Simon**</u>
RUSSELL C. SIMON, Trustee
Chapter 13 Trustee
24 Bronze Pointe
Swansea, Illinois  62226
Telephone: (618) 277-0086
Telecopier: (618) 234-0124

Dated: July 08, 2015
RLS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Objection to Duplicate Filed Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, July 8, 2015.

/s/Rebecca

Terrence P Hobbs
Brenda L Hobbs
P. O. BOX 22
O Fallon, IL  62269


.J D GRAHAM
1103 FRONTAGE RD
OFALLON, IL 62269


CAVALRY SPV I LLC
P. O. BOX 27288
TEMPE, AZ 85282


CAVALRY SPV I LLC
500 SUMMIT LAKE DR STE 400
VALHALLA, NY 10595