IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:<br>    Terrence P Hobbs<br><br>    Brenda L Hobbs<br>        Debtor(s). | )<br>)<br>)<br>)<br>)<br>) | In proceedings under<br>Chapter 13<br><br><br>Bk. No.: 15-30437 |

CHAPTER 13 TRUSTEE'S OBJECTION TO PROOF OF CLAIM

**TO THE HONORABLE U.S. BANKRUPTCY JUDGE:**

**COMES NOW,** RUSSELL C. SIMON, Chapter 13 Trustee, and files this Objection to the Proof of Claim, filed on behalf of CAVALRY SPV I LLC on July 07, 2015 (Claim No. 17), and in support thereof would respectfully show unto this Court the following (only those items checked apply):

An unsecured claim was filed on 07/07/2015.

1. **X**   The claim is based on a writing; however, the same is not attached pursuant to Fed. R. Bankr. P. 3001(c)(1).

2. ___   Pre-petition interest, fees, expenses and/or other charges are included, yet no itemization of same is attached, as required by Fed. R. Bankr. P. 3001(c)(2)(A).

3. ___   Although asserting an interest in Debtor(s)' real property, claimant failed to attach Form B 10, Attachment A, to its proof of claim in violation of Fed. R. Bankr. P. 3001(c)(2)(C) and/or S.D. Ill. LBR 3001.

4. ___   Although asserting an interest in Debtor's real property, the claimant failed to attach an escrow account statement prepared on the date of filing in violation of Fed. R. Bankr. P. 3001(c)(2)(C) and/or S.D. Ill. LBR 3001.

5. ___   Said proof of claim fails to conform substantially to the Official Form B10; specifically, no signature attesting to the information under penalty of perjury appears and/or the signatory's relationship to the Creditor is not stated, in violation of Fed. R. Bankr. P. 3001(a).

6. ___   Said proof of claim fails to conform substantially to the Official Form B10, in violation of Fed. R. Bankr. P. 3001(a).

7. ___   Other:

**WHEREFORE, PREMISES CONSIDERED,** Russell C. Simon, Chapter 13 Trustee, respectfully prays this Court disallow the claim as filed pursuant to Fed. R. Bankr. P. 3001(c)(2)(D), and for other relief this Court deems just and equitable.

                                                          **/s/ Russell C. Simon**
                                                          RUSSELL C. SIMON, Trustee
                                                          Chapter 13 Trustee
                                                          24 Bronze Pointe
Dated: July 08, 2015                          Swansea, Illinois  62226
RLS                                                          Telephone: (618) 277-0086
                                                          Telecopier: (618) 234-0124

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Chapter 13 Trustee's Objection to Proof of Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Wednesday, July 8, 2015.

/s/Rebecca

Terrence P Hobbs
Brenda L Hobbs
P. O. BOX 22
O Fallon, IL  62269

.J D GRAHAM
1103 FRONTAGE RD
OFALLON, IL 62269

CAVALRY SPV I LLC
C/O BASS & ASSOCIATES PC
3936 E FT LOWELL RD STE 200
TUCSON, AZ  85712